**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

JOSHUA ANDREWS ,                              :

      Petitioner                          :        CIVIL ACTION NO. 3:22-1520

   v.                                                :                (JUDGE MANNION)

                                   :

WARDEN USP-CANAAN,

      Respondent                        :

                                     :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT**

**IS HEREBY ORDERED THAT**:

1.   The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice to Petitioner's right to pursue his claims in a properly filed civil rights action.

2.   There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3.   The Clerk of Court is directed to **CLOSE** this case.

4.   Petitioner's motion for preliminary injunction (Doc. 5) is **DISMISSED**  as moot.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 12, 2022**
22-1520-01